*Exhibit B*



# Guam Parole Board
Government of Guam
Hagatna, Guam

*Post 16*

*received 4/19/07, 8:00 p.m.*
*Michael Cepeda*

| IN THE MATTER OF PAROLE DESIRABILITY OF: | ORDER OF THE BOARD DENYING PAROLE |
|---|---|
| MICHAEL R. CEPEDA | Case Nos.: CF370-00 |
| Corrections Inmate | |

*WHEREAS,* the Guam Parole Board met on **March 29, 2007** to review the desirability of parole for the above-named inmate. Present for the Board were Chairperson Jose Q. Salas, members Soledad H. Chargualaf, and Kenneth Boardman. Proceedings of the hearing were recorded on tape by the Board Secretary, *and*

*WHEREAS,* during the hearing, the Board reviewed the Investigation Report prepared and submitted by the Parole Services Division of the Department of Corrections. There were also other documents and testimonies made available to the Board which are filed in the Board's official records, *and*

*WHEREAS,* having been informed prior of the hearing date for this presentation, the above name inmate appeared before the Board in support of his parole request, and

*WHEREAS,* having deliberated based on the Investigation Report and the presentations made, **DENIES** the above-named inmate's parole request based on the following:

### IN ACCORDANCE WITH 9GCA §80.76(a)

[X] (1) Release is not compatible with public safety and security;

[X] (2) There is substantial likelihood that he will not abide by law and conform to the conditions of parole;

[X] (3) Release at this time would depreciate the seriousness of his crime and promote disrespect for law;

[ ] (4) Release would have a substantial adverse effect on institutional discipline;

[X] (5) Continued correctional treatment, medical care or vocational or other training in The institution will substantially enhance his capacity to lead a law-abiding life when release at a later date.

### IN ACCORDANCE WITH 9GCA §80.76(b)

[ ] (1) The prisoner's personality, including his age and maturity, stability, sense of responsibility and any apparent development in his personality hinders his conformity to law;

[ ] (2) The prisoner's parole plan is not acceptable with his release;

Guam Parole Board
Order of the Board Denying Parole
Ref: Cepeda, Michael
Page 2

[ ]  (3)  The prisoner is not able to assume obligations and undertake responsibilities;

[ ]  (4)  The prisoner's family status and relatives who display interest in him and other close and constructive associations in the community is not compatible with his release;

[ ]  (5)  The prisoner's employment history, his occupational skills and training, and the Stability of his past employment is not acceptable with his release;

[ ]  (6)  The type of home environment in which prisoner plans to live is not acceptable with his release;

[ ]  (7)  The prisoner's past use of narcotics or other harmful drugs or past habitual and Excessive use of alcohol is not acceptable with his release;

[ ]  (8)  The prisoner's mental and physical make-up, including any disability or handicap, which may affect his conformity to law, is not compatible with his release;

[ ]  (9)  The prisoner's prior criminal record, including the nature and circumstances, Recentness and frequency of previous offense is not compatible with his release;

[ ]  (10) The prisoner's attitude toward law and authority is not compatible with his release;

[ ]  (11) The prisoner's conduct in the institution, including whether he has taken advantage of the opportunities for self-improvement afforded by the institutional program is not compatible with his release;

[ ]  (12) The prisoner's conduct and attitude during any previous experience of probation or parole and the recentness of such experience is not compatible with his release.

*NOW THEREFORE*, based on the presentations made and by a majority vote, the Board *DENIES* the request for parole, and that inmate may reapply for parole in one (1) year (no later than March 28, 2008). In addition, he shall attend the Residential Substance Abuse Treatment Program (RSAT), and the Anger Management program.

*SO ORDERED* this 29th day of March 2007.

FOR THE GUAM PAROLE BOARD

JOSE "JQ" SALAS
Chairperson

ATTESTED:

SEAL

DISTRIBUTION: Original PSD / ACF / DTSD / GPB / Inmate