*Exhibit D*

Michael R. Cepeda
Department of Corrections
Post 16, ACF, Mangilao, Guam
P.O. Box 3236
Hagåtña, Guam 96932
734-3981

Plaintiffs pro se

FILED
SUPERIOR COURT
OF GUAM

2007 JUL 31 PM 5: 56

CLERK OF COURT

BY:_____

# SUPERIOR COURT OF GUAM

Michael R. Cepeda,

                Plaintiff,        CIVIL CASE NO. CV 567-07

vs.

Robert D. Camacho, Director, Department     **RULE 9 DECLARATION OF**
of Corrections, Government of Guam, et al     **MICHAEL R. CEPEDA**

                Defendants.
_____/

I, Michael R. Cepeda, declare:

I am the Plaintiff in the above-entitled action.

I am over 18 years of age and of sound mind. I hereby make this declaration of my own personal knowledge, and if called to testify under oath I will truthfully state the following facts:

On 5 July 2007 I submitted the original document attached as Exhibit 1 to the Attorney General's office, whom I believe is Counsel for the Defendant in the above-captioned matter.

In the same communication I enclosed a filed copy of my Ex Parte Application and made a good faith effort to advise opposing counsel about the issues and reasons surrounding my Application.

I do not know whether counsel for defendant intends to oppose my Ex Parte Application, but expect her to do so.

I do not know whether defendant's counsel intend to be present at the time my Ex Parte Application will be heard by the Court.

I, Michael R. Cepeda, declare under penalty of perjury and under the laws of Guam that the foregoing is true and correct.

Dated: July 5, 2007

_____
Michael R. Cepeda

## MEMORANDUM RE INMATE'S EX PARTE APPLICATION

### July 4, 2007

**TO**: Alicia G. Limtiaco, Esq.
Attorney General of Guam

**FROM**: Michael R. Cepeda, Plaintiff CV567-07

### RE: Cepeda v. Camacho, et al (CV567-07)

 As you might know, the referent case was recently assigned to the Honorable Judge Michael J. Bordallo. Plaintiff had, with the initial pleadings filed in this matter, submitted an Ex Parte Application for Order to Show Cause (copy enclosed). Plaintiff has now been notified by phone that the hearing on his motion is scheduled for 13 July 2007.

 As an inmate appearing pro se, plaintiff lacks the facility, available to other litigants, to freely and instantaneously pursue ex parte relief, in the manner intended by law, for instance, contemporaneously with the filing of his complaint. However, now, that the case was assigned, plaintiff seeks to have his application heard as soon as the court could accommodate him.

 The within memorandum is attached to plaintiff's Rule 9 Declaration (as Exhibit A). As stated in the Ex Parte Application, plaintiff is seeking to restore the status quo ante, i.e., prior to the violations of his rights, as more specifically delineated in his complaint.

 Plaintiff assumes that defendant Salas (as well as the other defendants) will oppose the relief sought in his Ex Parte Application. He also expects your office to appear at the time scheduled for said Application and present your position to the Court. In the event that you wish to provide plaintiff with any information regarding the above-mentioned hearing or any other aspect of th case, do not hesitate to contact him at the Department of Corrections.