*Exhibit E*

Michael R. Cepeda
Department of Corrections
Post 16, ACF, Mangilao, Guam
P.O. Box 3236
Hagåtña, Guam 96932
734-3981

Plaintiffs pro se

FILED
SUPERIOR COURT
OF GUAM

2007 JUL 31 PM 5: 55

CLERK OF COURT

BY:_____

# SUPERIOR COURT OF GUAM

Michael R. Cepeda,

           Plaintiff,

vs.

Robert D. Camacho, Director, Department
of Corrections, Government of Guam, et al

           Defendants.

CIVIL CASE NO. CV 567-07

**DECLARATION OF MICHAEL R. CEPEDA REGARDING 13 JULY HEARING**

I, Michael R. Cepeda, declare:

I am the Plaintiff in the above-entitled action.

I am over 18 years of age and of sound mind. I hereby make this declaration of my own personal knowledge, and if called to testify under oath I will truthfully state the following facts:

I am informed and therefore believe that a hearing was scheduled and calendered for 13 July 2007, at 9:00 am, in order to hear my ex parte motion for an order to show cause why a temporary restraining order should not issue compelling defendant Salas to show cause, as to why the status quo ante should not be restored by declaring the 29 March Decision in Case No. CF370-00 void.

I am held in the custody of defendant Robert D. Camacho, the Director of the Department of Corrections. Defendant Camacho is responsible for the conduct of the Department, including transportation of inmates and detainees to scheduled court hearings.

Transportation to court hearing is provided by a specialized section of the Department. I am informed and therefore believe that whenever a court hearing is calendered the transportation section insures that the person attends the hearing. Indeed, such attendance is compelled and inmates are

not allowed to waive attendance under any circumstances save for a court order.

Whenever a hearing is scheduled before 12:00 pm the inmate or detainee is informed of the fact that he is scheduled for a "court run" early in the morning of the hearing, usually at or before 7:00 am. Nevertheless, on the morning of 13 July 2007 I was not instructed to prepare for the ex parte hearing. Because I had knowledge of the scheduled hearing I inquired with an officer on duty at my post, Post 16, as to why I was not instructed to prepare for a court run.

The officer called the transportation section and sought to determine the status of my transportation to the court hearing. No explanation was ever provided for the failure to arrange for my transportation to the Superior Court of Guam for the scheduled hearing.

I, Michael R. Cepeda, declare under penalty of perjury that the foregoing is true and correct, except for matters stated on information and belief, which matters I believe to be true..

Dated: 7-19-07

// S //
Michael R. Cepeda

Michael R. Cepeda
Department of Corrections
Post 16, ACF, Mangilao, Guam
P.O. Box 3236
Hagåtña, Guam 96932
734-3981

Rule 9
Received
8/9/07

FILED
SUPERIOR COURT
OF GUAM

2007 JUL 31 PM 5: 56

CLERK OF COURT

BY: _____

Plaintiff pro se

# SUPERIOR COURT OF GUAM

Michael R. Cepeda,

          Plaintiff,

vs.

Robert D. Camacho, Director, Department of Corrections, Government of Guam, et al,

          Defendants.

CIVIL CASE NO. CV 567-07

**DECLARATION OF SERVICE BY MAIL**

I, Michael R. Cepeda, declare:

I am pro se plaintiff in the above-entitled civil matter.

On 5 July 2007 I caused a true and correct copy of a pleading entitled, Rule 9 Declaration of Michael R. Cepeda, together with the original Memorandum re Inmate's Ex Parte Application (true and correct copy thereof is attached to the Rule 9 Declaration of Michael R. Cepeda submitted for filing herewith), to be served by mail on the Defendants in the above-captioned civil case, by causing the same to be mailed to Ms. Alicia G. Limtiaco, the Attorney General of Guam, having submitted said documents to an officer on duty at Post 16 on said date in a properly addressed envelope, for mailing, which I am informed and believe was mailed, presently.

I declare under penalty of perjury that the foregoing is true and correct, except for matters stated on information and belief, which matters I believe to be true.

Dated: July 12, 2007.

          By: // S //
                Michael R. Cepeda