*Exhibit F*

| | |
|---|---|
| 1 | Michael R. Cepeda |
| 2 | Department of Corrections<br>Post 16, ACF, Mangilao, Guam |
| 3 | P.O. Box 3236<br>Hagåtña, Guam 96932 |
| 4 | 734-3981 |
| 5 | Plaintiff pro se |

## SUPERIOR COURT OF GUAM

Michael R. Cepeda,

          Plaintiff,          CIVIL CASE NO. **CV567-07**

vs.

**VOLUNTARY DISMISSAL PER GRCP RULE 41(a)(1)**

Robert D. Camacho, Director, Department of Corrections, Government of Guam, et al,

          Defendants.

**TO: Richard B. Martinez, Clerk of Superior Court of Guam**

    **COMES NOW** PLAINTIFF, Michael R. Cepeda, and hereby DISMISSES the complaint he had filed in the above-entitled matter, without prejudice.

    On 9 May 2007 plaintiff filed a civil complaint with the Superior Court of Guam, together with an Ex Parte Application for an Order ro Show Cause; and submitted Notice of Motion; Motion & Declaration to Proceed in Forma Pauperis, Notice of Motion & Motion for Appointment of Counsel and Notice of Motion & Motion for Service by Court Marshal and Summonses addressed to all three named defendants herein.

    With the exception of Ex Parte Application for an Order ro Show Cause, none of plaintiff's motions were scheduled for hearings (or granted/denied without hearings). As to Plaintiff's Ex Parte Application for an Order to Show Cause, it was initially scheduled for 13 July 2007, however, the hearing was cancelled without notice to plaintiff, and was not rescheduled.

    As a result of the Superior Court's failure to schedule hearings for plaintiff's Motion for Service by Court Marshal neither the complaint nor the summons were served on the named defendants. Moreover, by cancelling Plaintiff's Ex Parte Application for an Order to Show Cause, the other avenue for pursuing resolution of the dispute and providing plaintiff the urgent judicial relief to which he is entitled, was blocked. Plaintiff, who is incarcerated and is unable to physically