# Filing Memorandum by Indigent Inmate

**Date:** November 16, 2007

**To:** Clerk, Federal District Court of Guam

**Re:** <u>Cepeda v. Palacios, et al. (New Civil Case)</u>

**I. Plaintiff.** Michael Rodriguez Cepeda is an inmate currently incarcerated at Post 16, Adult Correctional Facility ("ACF"), Department of Corrections ("DOC"), in Mangilao, Guam. His mailing address is P.O. Bx 3236, Hagatna, Guam 96932. The phone number at DOC is 734-3983.

**II. In Forma Pauperis.** Plaintiff, filing pro se, is an indigent and, in according to the instruction found in the Court's publication, "Filing a Civil Case on Your Own Behalf" (Revised November 6, 2006), has filed an Application to Proceed without Prepayment of Fees. As provided in said publication (§ III(3)(b), at p. 4), I am filing "An original and one copy of a motion (request) to proceed in forma pauperis (IFP) with supporting information regarding [my] financial status, and an original and one copy of a proposed order granting leave to proceed in forma pauperis for the Judge's signature." Also enclosed, as required, a declaration regarding my lack of any assets.

**III. Summons.** Enclosed four separate summonses, addressed to each named defendant (original and three copies of each) I am required to file "An original summons plus copies for the following: one copy for each named defendant, one copy for the Court, and one copy that will be returned to [me]." Id., § III(2).

**VI. Complaint.** Enclosed, original and six copies of the complaint. "The original complaint plus copies for the following: one copy for each named defendant, one copy for the Court, and one copy for filing that will be returned to [me]." Id., § III(1).

**V. Waiver of Service of Summons Omitted.** In light of the fact that all defendants are either officials or employee of the Government of Guam a Waiver of Service of Summons is omitted. However, in the event that such waiver may be had by the defendants in this matter, please let me know and I will prepare the requisite forms.

In the event that I inadvertently omitted any required document, please let me know at your earliest convenience. Your assistance in this endeavor is greatly appreciated.

**FILED**
DISTRICT COURT OF GUAM
NOV 2 8 2007　12:20pm
JEANNE G. QUINATA
Clerk of Court