# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

Michael R. Cepeda,
      Plaintiff,

V.    CIVIL CASE NUMBER: **07-00033**

Jose B. Palacios, Acting Director, Department of Corrections, Government of Guam; Ronald S.N Santos, Parole Officer, parole Services Division, Department of Corrections; Michael Quinata, Chief, Parole Services Division, Department of Corrections; Jose Salas, a.k.a., J.Q. Salas, Chairman, Guam Parole Board, Department of Corrections; John or Jane Doe I-XX,

      Defendants.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES and DECLARATION**

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2007
JEANNE G. QUINATA
Clerk of Court

I, Michael R. Cepeda, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? **Yes.**

If "Yes," state the place of your incarceration. I am incarcerated at Post 16, Adult Correctional Facility, Department of Corrections, located in Mangilao, Guam.

  Are you employed at the institution? **No.**

  Do you receive any payment from the institution? **No.**

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

Page 1 of 2

**ORIGINAL**

Case 1:07-cv-00033 Document 3 Filed 11/28/2007 Page 1 of 2

2. Are you currently employed? **No**

If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages. and pay period and the name and address of your last employer. **N/A**

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment. **No**
   b. Rent payments, interest or dividends. **No**
   c. Pensions, annuities or life insurance payments. **No**
   d. Disability or workers compensation payments. **No**
   e. Gifts or inheritances. **No**
   f. Any other sources. **No**

4. Do you have **any** cash or checking or savings accounts? **No**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? **No**

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. **None, I am unable to support any person.**

I declare under penalty of perjury that the above information is true and correct.

Date: _11-13-07_  _____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.