Michael R. Cepeda
Department of Corrections
Post 16, ACF, Mangilao, Guam
P.O. Box 3236
Hagåtña, Guam 96932
Telephone No. 734-3983

**Plaintiff pro se**



FILED
DISTRICT COURT OF GUAM
NOV 28 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Michael R. Cepeda, | CIVIL CASE NO. 07-00033 |
| Plaintiff, | |
| vs. | **DECLARATION OF NO ASSETS** |
| Jose B. Palacios, Acting Director, Department of Corrections, Government of Guam; Ronald S.N Santos, Parole Officer, parole Services Division, Department of Corrections; Michael Quinata, Chief, Parole Services Division, Department of Corrections; Jose Salas, a.k.a., J.Q. Salas, Chairman, Guam Parole Board, Department of Corrections; John or Jane Doe I-XX, | |
| Defendants. | |

I, Michael R. Cepeda, declare:

I am an adult of sound mind, and if called as a witness to testify under oath, I shall truthfully make the following statements of fact:

I am currently incarcerated at the Adults' Correctional Facility of the Department of Corrections ("DOC") of the Government of Guam, and have been incarcerated since the year 2000.

Throughout my incarceration at DOC, though I have worked as a welder for the Department for many years, I have not earned any money, nor became the owner of any property of any kind or nature, whatsoever.

Immediately prior to my incarceration I did not have any assets except for clothing, personal effects and a small sum of cash. I no longer own any of those specific assets.

Except for some of my clothing and personal effects I own no assets whatsoever. Some of my clothing and personal effects are the property of the Department of Corrections.

**ORIGINAL**

On 14 November 2007 I submitted to Major F.B. Crisostomo, the Warden of the Department of Corrections, a written administrative form entitled, "Remedy Request" (original attached as Exhibit 1), seeking the documents I am required to submit with his application: (i) a ledger sheet from the Department of Corrections, showing my financial transactions during (at least) the past six months; and (ii) a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in my institutional accounts at DOC.

On 15 November 2007 I was provided by Major Crisostomo two documents, one entitled "Account Ledger" (original attached as Exhibit 2), and the other, a certification from Mr. Yun Kil S., the canteen proprietor at DOC (original attached as Exhibit 3). As indicated by these exhibits, I have only $0.20 in my canteen account at DOC, and I have no other accounts or assets of any kind at DOC. I believe this information to be true and correct.

I have no accounts of any kind outside DOC.

I own no real or personal property of any kind, whether tangible or intangible.

I have no expectancy of any property of any kind, whatsoever.

I have no debts and no dependants whom I am currently supporting.

I declare under penalty of perjury that the foregoing is true and correct, except for matters stated on information and belief which matters I believe to be true..

Dated: _11-15-07_

_____
Michael R. Cepeda, Plaintiff pro se

Exhibit 1



Department of Corrections
Government of Guam
Mangilao, Guam

## INMATE REQUEST FORM

TO: Major F.B. Crisostomo, Warden, DOC

FROM: Michael R. Cepeda                                          UNIT/POST: 16

### PART A - INMATE'S REQUEST

Sir,

Enclosed, a copy of my Application to Proceed Without Prepayment of Fees, which I will presently file with the district court of Guam, together with a civil complaint. As you can see I am required to (i) Attach a ledger sheet from the institution of incarceration, i.e., DOC, showing at least the past **six** months' financial transactions regarding myself; and (ii) I must also attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in my institutional accounts.

I kindly request that these documents be provided to me as soon as possible, in order to prevent delay in the resolution of the issues subject to litigation in my complaint. As you know, I will not be able to proceed without first securing the Court's permission to proceed without prepayment of fees.

_____   November 13, 2007
Inmate Signature and Date

### PART B - RESPONSE
NOTE: Response should be within 10 days of receipt.










_____
Signature of Respondent (print name, rank, and date)

*Exhibit 2*

#1088

ACCOUNT LEDGER

NAME: Coppola Michael Rodriguez  SS# 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  UNIT: #76 (G)

| Date | Receipt Number | Deposit | Total Balance | Purchase #1 | Purchase #2 | Purchase #3 | Purchase #4 | New Balance |
|---|---|---|---|---|---|---|---|---|
| JAN 25 2007 | | 20 | 2/ | 11/1/07 20.80 = .20¢ | | | | |
| JAN 26 2007 | | | | | | | | 2/.20¢ |

*Exhibit 3*



November 15, 2007

This is to certify that inmate Michael R. Cepeda has $ 20¢ balance in his Commissary Account #1089 as of  Jan 26, 2007

_____
Yun, Kil S.
10-86 Canteen Proprietor