# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

Michael R. Cepeda,

        Plaintiff,        CIVIL CASE NUMBER: **07-00033**

v.

Jose B. Palacios, Acting Director, Department of Corrections, Government of Guam; Ronald S.N Santos, Parole Officer, Parole Services Division, Department of Corrections; Michael Quinata, Chief, Parole Services Division, Department of Corrections; Jose Salas, a.k.a., J.Q. Salas, Chairman, Guam Parole Board, Department of Corrections; John or Jane Doe I-XX,

        Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

**FILED**
DISTRICT COURT OF GUAM

DEC 21 2007

JEANNE G. QUINATA
Clerk of Court

Having considered the application to proceed without prepayment of fees under 28 USC §1915; **IT IS ORDERED** that the application is:

✓ GRANTED.

✓ The clerk is directed to file the complaint.

✓ IT IS FURTHER ORDERED that, unless service of summons is waived by a named defendant, the clerk shall issue summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendants who failed to waive service of summons, as directed by the plaintiff. All costs of service shall be advanced by the United States.

__ DENIED, for the following reasons:

Page 1 of 2

*Cepeda v. Placios, et al,* Civil Case No. CV-07-00033
Order on Application to proceed without Prepayment of Fees

ENTER this 21st day of December, 2007.

_____
Signature of Judge

FRANCES TYDINGCO-GATEWOOD, Chief Judge
Name & Title of Judge