# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

Michael R. Cepeda,

      Plaintiff

V.

Jose B. Palacios, Acting Director, Department of Corrections, Government of Guam; Ronald S.N. Santos, Parole Officer, Parole Services Division, Department of Corrections; Michael Quinata, Chief, Parole Services Division, Department of Corrections; Jose Salas, a.k.a. J.Q. Salas, Chairman, Guam Parole Board, Department of Corrections, John or Jane Doe I-XX,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00033**

TO: (Name and address of Defendant)

**Michael Quinata,** Chief, Parole Services Division, Department of Corrections, Government of Guam, Pacific News Building, Hagatna, Guam.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**MICHAEL R. CEPEDA, POST 16, ADULT CORRECTIONAL FACILITY, MANGILAO, GUAM**

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA        January 4, 2008
CLERK               DATE

*/s/ Nancy C. W.*
(By) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                           *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.