# UNITED STATES DISTRICT COURT

District of          GUAM

**RECEIVED**

JAN - 4 2008

Michael R. Cepeda
**US MARSHALS SERVICE-GUAM** Plaintiff

V.

Jose B. Palacios, Acting Director, Department
of Corrections, Government of Guam; Ronald
S.N. Santos, Parole Officer, Parole Services
Division, Department of Corrections; Michael
Quinata, Chief, Parole Services Division,
Department of Corrections; Jose Salas, a.k.a.
J.Q. Salas, Chairman, Guam Parole Board,
Department of Corrections, John or Jane Doe
I-XX,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00033**

**FILED**
**DISTRICT COURT OF GUAM**

JAN 0 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

TO: (Name and address of Defendant)

**Jose B. Palacios**, Acting Director, Department of Corrections, Government of Guam, Pacific News Building,
Hagatna, Guam.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**MICHAEL R. CEPEDA, POST 16, ADULT CORRECTIONAL FACILITY, MANGILAO, GUAM**

an answer to the complaint which is served on you with this summons, within     twenty (20)     days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed
with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA

CLERK

(By) DEPUTY CLERK

January 4, 2008

DATE

**ORIGINAL**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/7/08 |
| NAME OF SERVER *(PRINT)* David A. Punzal | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *Place of Work* ~~JOP~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Secretary_

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/7/08___
                    *Date*

_____
*Signature of Server*

___USMS, Hagatna Gu___
*Address of Server*

RECEIVED
DEPARTMENT OF CORREC
JAN 07 2008
Received By: _____
DIRECTOR'S OFFICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:07-cv-00033    Document 10    Filed 01/07/2008    Page 2 of 4

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael R. Cepeda | CV-07-00033 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jose B. Palacios, Acting Director, Dept. of Corrections, et al. | Service |

**SERVE** ➤ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose B. Palacios, Acting Director, Department of Corrections, Government of Guam

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
Pacific News Building, Hagatna, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Please serve the following documents on Jose B. Palacios:
1. Summons
2. Complaint
3. Order on Application to Proceed Without Prepayment of Fees

**RECEIVED**
JAN - 4 2008
US MARSHALS SERVICE-GUAM

Signature of Attorney or other Originator requesting service on behalf of:
Deputy Clerk, District Court of Guam
☐ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 671-473-9100 | 01/04/2008 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 093 | No. 093 | | 1/4/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)
Pacific News Bldg
Rm 502

| Date of Service | Time | |
|---|---|---|
| 1/7/08 | 10:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**RECEIVED**
JAN 07 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED

**CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.