Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
JAN 28 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MICHAEL R. CEPEDA., <br><br>Plaintiff, <br><br> vs. <br><br>JOSE B. PALACIOS, Acting Director, Department of Corrections, Government of Guam; RONALD S.N. SANTOS, Parole Officer, Parole Services Division, Department of Corrections; MICHAEL QUINATA, Chief, Parole Division, Department of Correction, JOSE SALAS a.k.a. J.Q.SALAS, Chairman, Guam Parole Board, Department of Corrections, JOHN OR JANE DOE I-XX, <br><br>Defendants. | CIVIL CASE NO. 07-00033 <br><br><br> AGREEMENT OF HEARING DATE |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.  I, William C. Bischoff, am the attorney for defendants Government of Guam, Acting Director, Department of Corrections Guam, Parole Services Division, Department of

Correction. I contacted the Michael R. Cepeda, Pro se, to schedule the argument of my Notice of Motion to Dismiss.

2. The attorney for the opposing parties Plaintiff is Pro se.

3. We agreed upon the following date: March 12, 2008, 2:00pm, or as may be convenient to the Court.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date and was advised such date is subject to confirmation by the court. The parties will be notified by the Court.

Dated this 28th day of January, 2008.

OFFICE OF THE ATTORNEY GENERAL
Alicia G. Limtiaco, Attorney General of Guam

By: _____
William C. Bischoff
Assistant Attorney General

Page 2
Agreement of Hearing Date
District Court of Guam Case No, 07-00033