Michael R. Cepeda
Post 16, ACF, DOC
P.O. Box 3236
Hagatna, Guam 96932

March 25, 2008

Jeanne G. Quinata
Clerk of Court
U.S. District Court
520 West Soledad Ave.
Hagatna, Guam 96910

FILED
DISTRICT COURT OF GUAM
MAR 2 8 2008
JEANNE G. QUINATA
Clerk of Court

Re: *Cepeda v. Palacios, et al.*, 07-00033

Dear Ms. Quinata:

Back in late January of this year I was served with a document entitled "Agreement of Hearing Date" by Defendants' counsel, stating that there was an agreement between myself and defendants' counsel, setting March 12, 2008 at 2:00 p.m. for a hearing on Defendants' motion to dismiss (which was served on me at the same time as the purported agreement). In fact, I never entered any such agreement with Mr. Bischoff. However, I was eager to have the matter on its way so I did not raise any objection.

A few days later, I received a call from a female representing herself to be an employee of the clerk's office of the district court, informing me that a hearing was set in my case for March 12, 2008 at 2:00 pm. I, filed my opposition to defendants' motion in a timely manner and was prepared for my appearance (having in mind March 12 as the operative date).

However, on March 12, 2008 I was not taken to Court, and later had learned that no hearing was ever scheduled. You can imagine my bewilderment and disappointment. I kindly request that a hearing be set as soon as the Court's convenience may allow. Every day that passes by is prejudicial to my case and results in potential deprivation of liberty.

Your consideration is greatly appreciated.

Sincerely,

*/s/ Michael Cepeda*
Michael R. Cepeda

Page 1 of 1