Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL R. CEPEDA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE B. PALACIOS, Acting Director, Department of Corrections, Government of Guam; RONALD S.N. SANTOS, Parole Officer, Parole Services Division, Department of Corrections; MICHAEL QUINATA, Chief, Parole Services Division, Department of Corrections; JOSE SALAS a.k.a. J.Q. SALAS, Chairman, Guam Parole Board, Department of Corrections, JOHN OR JANE DOE I-XX, <br> Defendants. | CIVIL CASE NO. CIV07-00033 <br><br> NOTICE THAT THE PARTIES HAVE NOT YET REACHED ACCORD ON A PROPOSED SCHECULING ORDER AND DISCOVERY PLAN |

Defendants respectfully submit the attached regarding the parties' as yet unsuccessful efforts to agree on a proposed scheduling order and discovery plan.

---

Notice re discovery plan
District Court of Guam Case No. CIV07-00033

1  Respectfully submitted this day of May 9, 2008.

**ATTORNEY GENERAL OFFICE**
ALICIA G. LIMTIACO
Attorney General of Guam

By: *[signature]*
William C. Bischoff
Assistant Attorney General

Alicia G. Limtiaco
Attorney General



J. Patrick Mason
Deputy Attorney General
Civil Division

# OFFICE of the ATTORNEY GENERAL

April 16, 2008

Michael R. Cepeda
Department of Corrections
Maniglao Guam

Dear Mr. Cepeda,

Pursuant to the attached April 4, 2008 Scheduling Notice from the District Court, contact me about the attached Proposed Joint Scheduling Order and Discovery Plan.

Thank you.

Sincerely,

WILLIAM C. BISCHOFF
Assistant Attorney General

Michael Cepeda  4-16-08




08-0007
WB

287 West O'Brien Drive • Hagåtña, Guam 96910

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL R. CEPEDA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE B. PALACIOS, et al., <br><br> Defendants. | CIVIL CASE NO. 07-00033 <br><br><br> SCHEDULING NOTICE |

Michael R. Cepeda,
Pro Se Plaintiff
Post 16, ACF, DOC
POB 3236
Hagatna, Guam 96932

William C. Bischoff, Esq.
Office of the Attorney General
120 W. O'Brien Drive
Hagatna, Guam 96910
Counsel for Defendants

The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

1. Counsel of record and all <u>pro se</u> litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

2. A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the **21st day of April 2008**. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and the Local Rules.

RECEIVED APR - 4 2008 2:45pm ATTORNEY GENERAL'S OFFICE

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the **12th day of May, 2008, at 9:00 a.m.**

6. Counsel are reminded that:

   a) The filing of motions does not postpone discovery.

   b) Local Rule 37.1 governs discovery disputes and motions.

   c) The number and form of interrogatories are governed by Local Rule 33.1.

   d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: April 4, 2008.

JEANNE G. QUINATA, Clerk of Court

By: /s/ Virginia T. Kilgore
Virginia T. Kilgore, Deputy Clerk



Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MICHAEL R. CEPEDA., ) | CIVIL CASE NO. 07-00033 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSE B. PALACIOS, Acting Director, ) Department of Corrections, Government of ) Guam; RONALD S.N. SANTOS, Parole ) Officer, Parole Services Division, ) Department of Corrections; MICHAEL ) QUINATA, Chief, Parole Division, ) Department of Correction, JOSE SALAS ) a.k.a. J.Q.SALAS, Chairman, Guam Parole ) Board, Department of Corrections, JOHN ) OR JANE DOE I-XX, ) ) Defendants. ) | *Michael Cepeda* 4-16-08<br><br>**PROPOSED JOINT SCHEDULING ORDER AND DISCOVERY PLAN** |

Pursuant to Local Rules 16.1 and 16.2 the parties submit the following scheduling order and discovery plan.

1. Nature of the case: Plaintiff complains about parole hearings.

---

Page 1
Proposed Joint Scheduling Order
District Court of Guam Case No, 07-00033

2. Present posture of the case: Motion to Dismiss has been filed. No discovery has been initiated.

3. All motions to add parties and claims shall be filed on or before:

4. All motions to amend pleadings shall be filed on or before:

5. Status of Discovery: The parties shall make initial disclosures by: _____. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discsovery requests.

6. The parties shall appear before the District Court on May 12, 2008, at 9:00 a.m. for a scheduling conference.

7. The discovery cut-off date is:

8. The anticipated discovery motions are:

9. The anticipated dispositive motions are: Motion to Dismiss, already filed.

10. The prospects for settlement are: Poor.

11. The Preliminary Pretrial Conference shall be held on: _____.

12. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed by:

13. The Proposed Pretrial Order shall be filed by:

14. The Final Pretrial Conference shall be held on: _____.

15. The Trial shall be held on _____.

16. The trial is / is not a jury trial.

17. It is anticipated the length of the trial will be:

18. The names of the counsel on this case are: AAG William Bischoff for the defendant, _____ for the plaintiff.

19. The parties wish / do not wish to submit this case for a settlement conference.

20. The parties present the following suggestions for shortening trial:

21. The following issues will also affect the status of management of the case:

Dated this _____ .

_____
Judge, District Court of Guam

Approved as to Form and Content:

Dated: _____ .

_____
Michael R. Cepeda

Dated: _____ .

_____
William C. Bischoff
Assistant Attorney General