Michael R. Cepeda
Post 16, ACF, DOC
P.O. Box 3236
Hagatna, Guam 96932

29 April 2008

Jeanne G. Quinata
Clerk of Court
U.S. District Court
520 West Soledad Ave.
Hagatna, Guam 96910

Re: *Cepeda v. Palacios, et al.*, 07-00033

Dear Ms. Quinata:

On 26 April 2008 I received a copy of a Scheduling Notice in the above-referenced case. It state, "A proposed Scheduling Order and proposed Discovery Plan shall be filed on or before the **21st day of April 2008**. As you can ascertain, as much as I wish to speed up the resolution of the dispute in this case, it is impossible for me to comply with that instruction due to the late date the document was delivered to my hands.

I, therefore, kindly request that the Court assign a new date for submission of proposed Scheduling Order and Discovery Plan. Alternatively, it will be perfectly acceptable to me, in light of my lack of competence in that area, if the Court will issue its own Scheduling Order and Discovery Plan.

Your understanding and consideration are greatly appreciated.

Sincerely,

*Michael Cepeda*
Michael R. Cepeda

**FILED**
DISTRICT COURT OF GUAM

MAY 12 2008

JEANNE G. QUINATA
Clerk of Court

RECEIVED
MAY 12 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Page 1 of 1

Michael R. Cepeda
Post 16, ACF, DOC
Post Office Box 3236
Hagatna, GU 96932

First Class Mail

Re: Cepeda v. Camacho CV 567-07

Jeanne G. Quinata, Clerk of Court
U.S. District Court
520 West Soledad Ave.
Hagatna, GU 96910

Legal Materials